UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.: 2:19-cv-07208-JGB-MAA | Date: March 30, 2020 |
| Title: Rodney Lee Rollness v. Felipe Martinez, Jr. | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Munoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order to Show Cause Why Respondent Has Failed to Appear in This Action

On August 19, 2019, Petitioner initiated this action for a writ of habeas corpus. ("Petition," ECF No. 1.) On February 28, 2020, the Court served the Petition and other documents on Respondent and ordered Respondent to appear and file a response to the Petition. (ECF No. 10.) Respondent was ordered to appear within fourteen days after the date of the Order. (*Id.* at 2.) To date, Respondent has not appeared.

Respondent is **ORDERED TO SHOW CAUSE** why he has failed to appear or otherwise engage in this action. Respondent must respond in writing to this Order to Show Cause no later than **May 29, 2020**. Alternatively, the Order to Show Cause will discharge automatically upon the filing a notice of appearance, a motion to dismiss, an answer, or a request for an extension of time supported by a showing of good cause.

It is so ordered.