UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 2:19-cv-07208-JGB-MAA                                  Date:  July 9, 2021

Title:  Rodney Lee Rollness v. Felipe Martinez Jr.

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**  Order to Show Cause re: Petitioner's Failure to File Status Report

On February 1, 2021, the Court issued an order imposing a stay in light of the global COVID-19 pandemic, until Petitioner advises the Court that the California Department of Corrections and Rehabilitation ("CDCR") has eased restrictions such that Petitioner is able to resume litigation of this case ("Order").  (Order, ECF No. 29.)  In imposing the stay, the Court ordered Petitioner to file bi-monthly status reports regarding the status of the CDCR restrictions imposed due to COVID-19.  (*Id*. at 2.)  The first status report was due on April 1, 2021.  (*Id*.)

On April 2, 2021, Petitioner filed a "Request for Extension of Time to Put in Objections to Magistrate Judge's Report and Recommendation" ("Request," ECF No. 30).  On April 6, 2021, the Court denied the Request as moot in light of the COVID-19 stay, accepted Plaintiff's Request as the first bi-monthly status report regarding the status of prison restrictions imposed due to COVID-19, and ordered Plaintiff's next bi-monthly report to be due on June 1, 2021, and every two months thereafter.  (ECF No. 31.)

Petitioner has not filed a status report since April 2, 2021.  Petitioner is **ORDERED TO SHOW CAUSE** no later than **August 9, 2021** why the Court should not lift the COVID-19 stay.  If Plaintiff files a status report on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Petitioner's failure to timely comply with this Order to Show Cause will result in the COVID-19 stay being lifted.**

It is so ordered.