UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **2:19-cv-07208-JGB-MAA**                                          Date: **November 4, 2021**

Title       *Rodney Lee Rollness v. Felipe Martinez Jr.*

---

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff/Petitioner:              Attorneys Present for Defendants/Respondent:
N/A                                                                              N/A

**Proceedings (In Chambers):**     Order to Show Cause Re: Dismissal for Lack of Prosecution

Plaintiff/Petitioner is ordered to show cause, in writing, no later than **December 6, 2021**, why this action should not be dismissed for lack of prosecution.

If Plaintiff/Petitioner files the following on or before the above date, the Order to Show Cause will be discharged, and no additional action need be taken.

- ☐ Proof of service of the summons and complaint
- ☐ Amended complaint
- ☒ Status report
- ☐ Written response to the Court's attached order (order attached)
- ☒ Notice of voluntary dismissal (form attached)

**Plaintiff/Petitioner is cautioned that failure to respond to this Order may result in dismissal of the Complaint/ Petition without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).** *See* **C.D. Cal. L.R. 41-1.**

It is so ordered.

<u>Attachment</u>
Form Notice of Dismissal