UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **2:19-cv-07208-JGB (MAA)**                                Date:  **February 23, 2022**

Title   **Rodney Lee Rollness v. Felipe Martinez Jr.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Order to Show Cause Re: Lifting COVID-19 Stay

On February 1, 2021, the Court exercised its inherent power to control and manage its docket and stayed this case until the prison where Petitioner Rodney Lee Rollness ("Petitioner") is housed has lifted the COVID-related restrictions such that he has the ability to litigate this case.  (ECF No. 29.)  The Court ordered Petitioner to file bi-monthly status reports regarding the status of the restrictions imposed due to COVID-19.  (*Id.* at 2.)  Petitioner's first status report was due **April 1, 2021**.  (*Id.*)

On April 2, 2021, Petitioner filed a Request for Extension of Time to Put in Objections to Magistrate Judge's Report and Recommendation ("Request").  (ECF No. 30.)  On April 6, 2021, the Court accepted Petitioner's Request as the first bi-monthly status report, denied the Request as moot in light of the stay imposed on February 1, 2021, and ordered Petitioner to file a status report no later than **June 1, 2021**.  (ECF No. 31.)

On July 9, 2021, in the absence of a status report, the Court ordered Petitioner to show cause, by no later than **August 9, 2021**, why the Court should not lift the stay, and noted that the filing of a status report on or before August 9, 2021 would result in a discharge of the Order to Show Cause.  (ECF No. 32.)  On August 9, 2021, Petitioner filed a document entitled "Petitioner Rollness' Show Cause – Motion," which the Court accepted as Petitioner's response to the order to show cause.  (ECF No. 33.)  The Court ordered Petitioner to file the next status report no later than **October 1, 2021**.  (*Id.* at 2.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:19-cv-07208-JGB (MAA)**                                    Date:  **February 23, 2022**

Title   **Rodney Lee Rollness v. Felipe Martinez Jr.**

     On November 4, 2021, in the absence of a status report, the Court ordered Petitioner to show cause by **December 6, 2021**, why the case should not be dismissed for lack of prosecution.  (ECF No. 35.)  Petitioner has not responded to that order.

     Petitioner has not filed anything in this case since August 9, 2021.  Petitioner is **ORDERED TO SHOW CAUSE** no later than **March 25, 2022** why the Court should not lift the COVID-19 stay.  If Plaintiff files a status report on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

     **Petitioner's failure to timely comply with this Order to Show Cause will result in the COVID-19 stay being lifted.**

     **IT IS SO ORDERED**.