O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY LEE ROLLNESS, <br><br> Petitioner, <br><br> v. <br><br> FELIPE MARTINEZ, JR., Warden, <br><br> Respondent. | Case No. 2:19-cv-07208-JGB (MAA) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation ("Report") of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made.

Petitioner's request for appointment of counsel (ECF No. 38 at 1) is denied. The record does not show that the interests of justice require the appointment of counsel. Rather, Petitioner has demonstrated that "he had a good understanding of the issues and the ability to present forcefully and coherently his contentions." *LaMere v. Risley*, 827 F.2d 622, 626 (9th Cir. 1987) (citing *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir. 1984)).

///

IT IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered granting Respondent's Motion to Dismiss (ECF No. 16) and dismissing this action without prejudice.

DATED: May 31, 2022

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2