# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY LEE ROLLNESS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>FELIPE MARTINEZ, JR., Warden,<br><br>　　　　　　Respondent. | Case No. 2:19-cv-07208-JGB (MAA)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 31, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE